## People of the State of Illinois v. John York Company, a corporation.

1. APPEALS—*By the People in Criminal Cases.*—An acquittal in a prosecution for violating section 16 of the Pharmacy act, is an acquittal in a criminal case, and no appeal lies by the people.

**Prosecution under the Pharmacy Act.**—Trial in the Circuit Court of Cook County, on appeal from a justice of the peace; the Hon. JOHN GIBBONS, Judge, presiding. Verdict of acquittal. Appeal by the people. Heard in this court at the October term, 1898. Appeal dismissed. Opinion filed February 9, 1899.

KITT GOULD, attorney for appellants; GABRIEL J. NORDEN, of counsel.

KERR & BARR, attorneys for appellee.

A writ of error does not lie at the instance of the people to reverse the judgment of a trial court in a criminal case. The People v. Glodo, 12 Ill. App. 348; The People v. Dill, 1 Scam. 257.

MR. JUSTICE ADAMS delivered the opinion of the court.

Appellee was convicted before a justice of the peace for a violation of section 16 of the Pharmacy act, Rev. Stat., p. 1078, par. 33, and appealed to the Circuit Court, where a trial was had and appellee was acquitted, and appellants appealed to this court. Appellee moved here to dismiss the appeal on the ground that no appeal lies by the people in

such case as the present, and the motion was reserved till the hearing.

A violation of section 16 of the Pharmacy act is a misdemeanor, and is by the section expressly declared so to be. It is provided in the criminal code that "in no criminal case shall the people be allowed an appeal, writ of error or new trial." Rev. Stat., p. 617, par. 437; see also, People v. Miner, 144 Ill. 308; Same v. Glodo, 12 Ill. App. 348, and Same v. Dill, 1 Scam. 257.

The appeal is dismissed.